UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KASIE C. TADLOCK                          CIVIL ACTION

VERSUS                                    NO. 09-7570

NORTHSHORE EMS, LLC, ET AL                SECTION "I" (4)

This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

New Orleans, Louisiana, this 15th day of March, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE